*E-filed 4/23/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

TransVideo Electronics, Ltd.,
an Indiana Corporation,

                 Plaintiff(s),
  v.

XM Satellite Radio Holdings, Inc.,
and
XM Satellite Radio, Inc.,

                 Defendant(s).
_____/

CASE NO. CV-08-2011 (HRL)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

John Francis Sweeney, an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is

Morgan & Finnegan, LLP, 3 World Financial Center, New York, NY 10281-2101
Telephone: (212) 415-8525 and Facsimile: (212) 415-8701,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff TransVideo Electronics, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   4/23/08

_____
United States Magistrate Judge
Howard R. Lloyd