George Tacticos (State Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8800
Facsimile No.: (415) 676-5816
*gtacticos@morganfinnegan.com*

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.
[Additional Counsel for Plaintiff appears on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation, and<br><br>Plaintiff,<br><br>v.<br><br>XM SATELLITE RADIO HOLDINGS, INC., a Delaware Corporation,<br><br>XM SATELLITE RADIO, INC., a Delaware Corporation,<br><br>Defendants. | Civil Action No. C 08-02011-HRL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF TRANSVIDEO ELECTRONICS' ACTION PURSUANT TO RULE 41(a)(l)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(i), Plaintiff TransVideo Electronics, Ltd. ("Plaintiff") hereby voluntarily dismisses its complaint against Defendants XM Satellite Radio Holdings, Inc. and XM Satellite Radio, Inc. ("Defendants"). The Defendants in this action have not filed an answer to Plaintiff's complaint or a motion for summary

1152224 v1

NOTICE OF VOLUNTARY DISMISSAL
OF TRANSVIDEO ELECTRONICS' ACTION
PURSUANT TO RULE 41(a)(l)(i)

judgment, and Plaintiff has not previously dismissed an action based on or including the claim brought in this action in any court. *See* Fed. R. Civ. P. 41(a)(l). This dismissal is without prejudice.

Dated: July 21, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /John F. Sweeney/
　　　　　　　　　　　　　　　　　　　　　John F. Sweeney
　　　　　　　　　　　　　　　　　　　　　*jfsweeney@morganfinnegan.com*
　　　　　　　　　　　　　　　　　　　　　Tod M. Melgar
　　　　　　　　　　　　　　　　　　　　　*tmelgar@morganfinnegan.com*
　　　　　　　　　　　　　　　　　　　　　MORGAN & FINNEGAN, LLP
　　　　　　　　　　　　　　　　　　　　　3 World Financial Center
　　　　　　　　　　　　　　　　　　　　　New York, NY 10281-2101
　　　　　　　　　　　　　　　　　　　　　Phone: (212) 415-8700
　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 415-8701

　　　　　　　　　　　　　　　　　　　　　George Tacticos
　　　　　　　　　　　　　　　　　　　　　MORGAN & FINNEGAN, LLP
　　　　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 2550
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　Phone: (415) 318-8800
　　　　　　　　　　　　　　　　　　　　　Fax:　 (415) 676-5816
　　　　　　　　　　　　　　　　　　　　　*gtacticos@morganfinnegan.com*

　　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.*